## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

SECRETARY HILDA L. SOLIS,      :

      :    Case No. 3:13-cv-12

      :

      Plaintiff(s),     :    JUDGE WALTER H.  RICE

  - vs -      :

      :

LOCAL UNION 82, INTERNATIONAL  :

BROTHERHOOD OF ELECTRICAL  :

WORKERS,      :

      :

      Defendant(s).     :

      :

## ORDER

It is hereby ordered that the above captioned cause be administratively processed.

May 12, 2014

_____
WALTER H. RICE,  JUDGE
UNITED STATES DISTRICT COURT

AOProcessing/"Case settled with final dismissal papers forthcoming."