UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor, </br></br>Plaintiff, </br></br>v. </br></br>LOCAL UNION 82, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, </br></br>Defendant. | Civil Action No. 3:13cv00012 </br></br>Judge Walter H. Rice |

## CERTIFICATION OF ELECTION

The election having been conducted in the above matter under the supervision of the Secretary of Labor, United States Department of Labor, pursuant to a Stipulation of Settlement filed May 8, 2014, in the United States District Court for the Southern District of Ohio, Western Division, in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. §§ 481-483), and in conformity with the Constitution and Bylaws of the defendant labor organization, insofar as lawful and practicable, therefore,

Pursuant to Section 402(c) of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 482(c)), and the authority delegated to me,

**IT IS HEREBY CERTIFIED** that the following named candidates are duly elected to the offices designated:

| | |
|---|---|
| President | Michael (Mike) Perry |
| Vice President | Roger Dawson |

| | |
|---|---|
| Recording Secretary | Jody Steinbarger |
| Financial Secretary | Charla Parker |
| Treasurer | Catherine (Cathy) Zelinskas |
| Business Manager | Gregory (Gusto) Gust |
| Executive Board At Large | Donald (Don) Brown<br>Paul Chaney<br>Michael (Mike) Gebhart<br>Shannon Mayenschein |
| Examining Board Member | Kenneth (Kenny) Pierson<br>Rachel Corbett<br>Ralph Peyton |
| Delegate to International Convention | Charla Parker<br>Roger Dawson<br>Charles (Chris) Toon |
| Alt. Delegate to International Convention | Donald (Don) Brown<br>Michael (Mike) Perry<br>Douglas (Doug) Taylor |

Attached herewith is a declaration setting forth one protest concerning violations that were alleged to have occurred in the conduct of the election and the findings of the investigation of this protest.

Signed this 17th day of September, 2015.

*Stephen J. Willertz*

Stephen J. Willertz, Acting Chief
Division of Enforcement
Office of Labor-Management Standards
United States Department of Labor